O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-1966-AHM (AJWx) | Date | June 8, 2009 |
|---|---|---|---|
| Title | NAFIZ B. HAFIZ v. CITIMORTGAGE, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Albert St. John | Samantha N. Lamm |
| Dean B. Webb | Vincent D'Angelo |

**Proceedings:** 
(1) MOTION to Dismiss FIRST AMENDED COMPLAINT filed by Defendants Kevron Investments, Inc., Kevin J Rhatigan, Jaime R Arroyo [11]
(2) MOTION to Dismiss Case Plaintiff's First Amended Complaint filed by Defendants CitiMortgage, Inc., CitiBank West, FSB [12] (non-evidentiary)

For reasons and findings stated on the record, the Court grants both motions to dismiss with leave to amend. The last day to file a second amended complaint is June 22, 2009, failure to do so will result in the dismissal of this action.

|  | : | 06 |
|---|---|---|
| | Initials of Preparer | SMO |