**Stuart B. Wolfe (SBN 156471)**
**Samantha N. Lamm (SBN 203094)**
**snlamm@wolfewyman.com**
**WOLFE & WYMAN LLP**
**5 Park Plaza, Suite 1100**
**Irvine, California 92614-5979**
**Telephone:  (949) 475-9200**
**Facsimile:   (949) 475-9203**

Attorneys for Defendants
**CITIMORTGAGE, INC. and CITIBANK, N.A.,**
**(successor in interest by merger with CITIBANK WEST, FSB)**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAFIZ B. HAFIZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CITIMORTGAGE, INC., a New York corporation; CITIBANK WEST, FSB, and DOES 1-100, inclusive<br><br>        Defendants. | Case No. CV09-1966 AHM (AJWx)<br><br>Assigned to Hon. A. Howard Matz<br>Dept. 14<br><br>**JUDGMENT** |

On August 7, 2009, this Court granted Defendants Citimortgage, Inc.'s and Citibank, N.A.'s (successor in interest by merger with Citibank West, FSB) as well as Defendants Kevron Investment, Inc.'s, Kevin Rhatigan's and Jamie Arroyo's Motion to Dismiss Plaintiff's Second Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure without leave to amend.

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiff's Second Amended Complaint is Dismissed with prejudice.  The Court orders that Judgment is entered in favor of Defendants Citimortgage, Inc., Citibank, N.A. (as successor in interest by merger with Citibank West, FSB), Kevron Investment, Inc., Kevin Rhatigan and Jamie Arroyo and against Plaintiff Nafiz Hafiz.

1     IT IS FURTHER ORDERED that Defendants Citimortgage, Inc., Citibank, N.A. (as successor in interest by merger with Citibank West, FSB), Kevron Investment, Inc., Kevin Rhatigan and Jamie Arroyo are awarded their costs incurred in this action.

    IT IS SO ORDERED.

DATED: August 14, 2009

*[signature]*     By: _____

Hon. A. Howard Matz
Judge of Federal District Court